UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Alice F. Rocke

    v.        Case No. 24-cv-382-PB-TSM

Littleton Hospital Association

## ORDER

I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

  SO ORDERED.

              /s/ Paul Barbadoro
              Paul Barbadoro
              United States District Court

January 22, 2025

cc: Counsel of Record